**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 CV 1615

Trustees of the Chicago Regional Council
of Carpenters Pension Fund, et al.
v.
Estate Installations, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Estate Installations, Inc.

| | |
|---|---|
| NAME (Type or print) Michael A. Paull | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Michael A. Paull | |
| FIRM Klein Dub & Holleb, Ltd. | |
| STREET ADDRESS 660 LaSalle Place, Suite 100 | |
| CITY/STATE/ZIP Highland Park, IL 60035 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6194021 | TELEPHONE NUMBER 847-681-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |